JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Patricia Barry, et al., | ) Case No.: CV 17-3300 DSF (PLAx) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) |
| | ) JUDGMENT |
| State Bar of California, et al, | ) |
| Defendants. | ) |

Plaintiffs having failed to comply with Rule 4(m) of the Federal Rules of Civil Procedure despite several extensions,

IT IS ORDERED AND ADJUDGED that plaintiffs take nothing and that the action be dismissed with prejudice.

Dated: 10/4/17

Dale S. Fischer
United States District Judge